UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THOMAS A. MORE,

                  Plaintiff,

                                         **ORDER**

    -against-

                                         04 CV 3214 (RJD) (LB)

MONEX, INC., et al.

                 Defendants.
----------------------------------------------------------X
DEARIE, Chief Judge.

      On December 28, 2007, Magistrate Judge Lois Bloom issued a Report and Recommendation ("Report") which recommended that the Court grant defendants' motion to dismiss this action pursuant to Fed. R. Civ. P. 41(b). As noted in the Report, the parties had the opportunity to file written objections within ten (10) days from service of the Report, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. No objections were filed. On January 15, 2008, the Court received an application from Robert J. More ("Mr. More"), the purported brother of plaintiff, requesting that the Court grant an extension of time until February 3, 2008, to file written objections. Mr. More describes himself as the "assignee" to the above-captioned action, but the Court refers Mr. More and plaintiff to the Court's November 9, 2007, Order, which denied Mr. More's request "to be joined as the Plaintiff in this case." The Court also notes, as did Magistrate Bloom's Report, the history of frivolous, abusive, and threatening filings made by both Thomas and Robert More in relation to this action.

      Therefore, because Mr. More is not a party to this case, because plaintiff has offered no credible explanation as to why he did not submit written objections, and because Magistrate

Judge Bloom's Report soundly resolved the issues presented, the Court adopts the Recommendations in full.

The clerk is hereby directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
January 16, 2008

s/ Judge Raymond J. Dearie
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
RAYMOND J. DEARIE
United States District Judge